IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| vs. | : Case No. 3:18cr24 |
| GABRIEL NEWMAN, | : JUDGE WALTER H. RICE |
| Defendant. | : |

## PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Scheduling Conference | 3/29/2018 |
| Jury Trial Date | 6/25/2018 |
| Final Pretrial Conference (by telephone) | **Monday, 6/18/2018 at 5:00 pm** |
| Motion Filing Deadline | |
|   Oral and Evidentiary Motions | 5/7/2018 |
|   Other Motions | 6/4/2018 |
| Discovery Cut-off | 6/11/2018 |
| Speedy Trial Deadline | **5/31/2018 (waived on the record by Defendant at preliminary pretrial conference)** |
| Discovery out – Plaintiff to Defendant | available |

April 3, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE