FILED
RICHARD W. NAGEL
CLERK OF COURT

2018 APR -4 AM 10: 24

U.S. DISTRICT COURT
STERN DIST. OHIO
WESTERN DIV. DAYTON

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:18CR024-WHR |
| v. | : | |
| GABRIEL NEWMAN | : | ORDER UNSEALING INDICTMENT |

- - - - - - - - - - -

IT IS HEREBY ORDERED that the Indictment filed herein and ordered sealed by the order of this Court on February 27, 2018, be unsealed by the Clerk of Courts.

DATE: 4-3-18

WALTER H. RICE
Judge U.S. District Court